**Charles A. Rutledge, Plaintiff-Appellee, v. Chism, Incorporated, a Delaware Corporation, Defendant-Appellant, and Charles J. Gilbert, d/b/a Gilbert Trucking and Excavating, Defendant-Appellee.**

Gen. No. 10,813.

Fourth District.

September 26, 1967.

Heyl, Royster, Voelker and Allen, of Peoria (Lyle W. Allen, of counsel), for appellant; Horsley, Vespa and Lott, and Olsen, Cantrill and Miller, of Springfield, for appellee. Opinion by JUSTICE TRAPP. Not to be published in full.